ORIGINAL

# UNITED STATES DISTRICT COURT

for

### NORTHERN DISTRICT OF TEXAS

## Report on Offender Under Supervision - Court Decision Requested

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX

2017 JAN 25 R 12: 13

DEPUTY CLERK

3 - 1 7 C R - 0 5 2 N

| | |
|---|---|
| Name of Offender: Ashley Woods | Case No.: TO BE ASSIGNED |
| Name of Sentencing Judge: U.S. District Judge Marcia A. Crone | |
| Date of Original Sentence: August 31, 2015 | |
| Original Offense: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 371 | |
| Original Sentence: 3 years probation | |
| Type of Supervision: Probation | Date Supervision Commenced: August 31, 2015 |
| Assistant U.S. Attorney: Camelia Elisa Lopez | Defense Attorney: David Kelton Haynes (Court appointed) |

## Notification To The Court For Cause As Follows:

### I.

The following information/request is being presented for the Court's review and decision:

Ashley Woods is being supervised by U.S. Probation Officer Cyndi Ross (USPO Ross) in the Northern District of Texas, Dallas Division. Ms. Woods has violated a special condition of probation by failing to make restitution payments as court ordered. She has failed to pay during the months of April 2016 through November 2016. To date, Ms. Woods is in default status and owes a remaining balance of $3,598.60. While on probation, Ms. Woods has maintained a personal residence with her three minor children at 3205 West Pentagon Parkway, Apartment A107, in Dallas, Texas. Ms. Woods is the sole financial provider for her family. Ms. Woods is employed with Hello Fresh in Grand Prairie, Texas, as a food packer. USPO Ross has reminded Ms. Woods of the importance of making monthly payments in order to show a good faith effort toward paying her obligation. Ms. Woods has agreed to attempt to make monthly payments until her account is back in good standing. The U.S. Probation Office will continue its efforts to work with Ms. Woods in addressing her outstanding restitution.

The Eastern District of Texas, Sherman Division, has agreed to transfer jurisdiction and the probation officer would respectfully request that transfer of jurisdiction in Case No. 4:13-CR-00233-003, in the Eastern District of Texas, Sherman Division, be transferred to the Northern District of Texas, Dallas Division. Attached are copies of Probation Form 22, Transfer of Jurisdiction, to be signed in order to complete the process.

### II.

The probation officer recommends the following action for the Court to consider:

Jurisdiction of Case No. 4:13-CR-00233-003, in the Eastern District of Texas, Sherman Division, be transferred to the Northern District of Texas, Dallas Division. Attached are copies of Probation Form 22, Transfer of Jurisdiction, to be signed in order to complete the process.

I declare under penalty of perjury
that the foregoing is true and correct.

Executed on January 20, 2017                          Approved,

s/Cyndi Ross                                          s/Bud Ervin
U.S. Probation Officer                                Supervising U.S. Probation Officer
Dallas                                                Phone:  214-753-2547
Phone:  214-422-6553
Fax:  214-753-2570

---

**Order of the Court:**

[X]  Agrees with the recommendation of the probation officer.

[ ]  Disagrees with the recommendation of the probation officer.

[ ]  Directs the probation officer to submit a request for modifying the conditions or term of
     supervision.

[ ]  Directs the probation officer to submit a request for a warrant or summons.

[ ]  Other or Additional:

[ ]  File under seal until further order of the Court.

David C. Godbey
U.S. District Judge

1/23/17
Date

CR

* Attachment